# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135172 & (53)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES SCOTT ALTMAN,
      Defendant-Appellant.

SC: 135172
COA: 267592
Midland CC: 05-002297-FC

_____/

On order of the Court, the motion to extend time to file reply brief is GRANTED. The application for leave to appeal the September 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

Clerk

d0211